CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

1333 M STREET, SE, LLC )
)
)
Plaintiff )
)
v. )            Civil Action No. _____
MID-ATLANTIC DEVELOPMENT )
GROUP, LLC, et al. )
Defendants )
)
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for _1333 M STREET, SE, LLC_____,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of _1333 M STREET, SE, LLC_____, which have any outstanding securities

in the hands of the public. _None._____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

429200_____          Ross D. Cooper_____
Bar Identification Number               Print Name
                                        Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
                                        11921 Rockville Pike, Suite 300_____
                                        Address

                                        Rockville, MD  20852_____
                                        City            State       Zip

                                        (301) 230-5239_____
                                        Telephone Number