IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
| | : Case No.: 1:06CV00010 |
| Plaintiff, | : Judge: Ricardo M. Urbina |
| v. | : |
| | : |
| MID-ATLANTIC DEVELOPMENT | : |
| GROUP, LLC, | : |
| | : |
| and | : |
| | : |
| PAUL H. SHAPERO | : |
| | : |
| Defendants. | : |

## AFFIDAVIT OF SERVICE BY PRIVATE PROCESS

I, Vincente Caverte, having been authorized to make service in the above-captioned matter, state that I am over the age of eighteen, and not a party to the aforementioned action.

Recipient: I served documents upon a male who identified himself to me as Paul H. Shapero. Upon information and belief, Mr. Shapero is the managing member of defendant Mid-Atlantic Development Group, LLC ("Mid-Atlantic").

Documents served:
Summons
Notice Of The Right To Consent To Trial Before United States Magistrate Judge
Complaint
Certificate Under LCvR7.1
Initial Electronic Case Filing Order
Electronic Case Files Attorney/Participant Registration Form

Service was effected January 17, 2006 at 1:00 p.m. by hand-delivering the documents to Mr. Shapero at The Renaissance Mayflower Hotel, 1127 Connecticut Avenue NW, Washington, DC 20036.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

Date: 1-20-06

_____
Vincente Caverte