IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC : | |
| : | Case No.: 1:06CV00010 |
| Plaintiff, : | Judge: Ricardo M. Urbina |
| v. : | |
| : | |
| MID-ATLANTIC DEVELOPMENT : | |
| GROUP, LLC, : | |
| : | |
| and : | |
| : | |
| PAUL H. SHAPERO : | |
| : | |
| Defendants. : | |

## AFFIDAVIT OF SERVICE BY PRIVATE PROCESS

    I, Vincente Caverte, having been authorized to make service in the above-captioned matter, state that I am over the age of eighteen, and not a party to the aforementioned action.

    Recipient:    I served documents upon a male who identified himself to me as Paul H. Shapero.

Documents served:

    Summons
    Notice Of The Right To Consent To Trial Before United States Magistrate Judge
    Complaint
    Certificate Under LCvR7.1
    Initial Electronic Case Filing Order
    Electronic Case Files Attorney/Participant Registration Form

    Service was effected January 17, 2006 at 1:00 p.m. by hand-delivering the documents to Mr. Shapero at The Renaissance Mayflower Hotel, 1127 Connecticut Avenue NW, Washington, DC 20036.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

Date: 1-20-06

_____
Vincente Caverte