IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
|        Plaintiff, | : Case No.: 1:06CV00010 |
|    v. | : Judge: Ricardo M. Urbina |
| MID-ATLANTIC DEVELOPMENT GROUP, LLC, | : |
| and | : |
| PAUL H. SHAPERO | : |
|        Defendants. | : |

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55, Plaintiff 1333 M Street, SE, LLC ("1333 M Street") respectfully requests that this Court enter default against Defendant Mid-Atlantic Development Group, LLC ("Mid-Atlantic"), which has a last known address of 2010 Corporate Ridge, Suite 700, Mclean, VA 22102.  1333 M Street requests this order because Mid-Atlantic has failed to respond to 1333 M Street's complaint or otherwise defend this action.

Pursuant to Fed. R. Civ. P. 4(e)(2), the complaint was served upon Mid-Atlantic on January 17, 2006.  See Copy of Affidavit of Service annexed hereto as Exhibit A. Pursuant to Fed. R. Civ. P. 12, a response was due on or before February 6, 2006.  On February 6, 2006, Defendant Paul Shapero, who evidently is Mid-Atlantic's sole

member, filed, pro se, an answer to the claims asserted against him individually.[1] This, as a matter of law, cannot also serve as Mid-Atlantic's responsive pleading because it is well-settled that corporations and limited liability companies must be represented by counsel and cannot appear pro se in proceedings before the Court. See Bristol Petroleum Corp. v. Harris, 901 F.2d 165, 166 n.1 (D.C. Cir. 1990); HB Management, LLC v. Brooks, 2005 WL 225993 (D.C. Super.) (applying general rule regarding corporations to limited liability companies); In re: ICLNDS Notes and Acquisition, LLC, 259 B.R. 289, 294 (N.D.Ohio 2001) (same). Mid-Atlantic thus simply has not answered.

Accordingly, Plaintiff 1333 M Street, SE, LLC respectfully requests that this Court enter default against Defendant Mid-Atlantic Development Group, LLC.

Dated: February 22, 2006

Respectfully submitted,

/s/
Ross D. Cooper #429200
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852
Phone: (301) 230-5200
Fax: (301) 230-2891

Counsel to Plaintiff 1333 M Street, SE, LLC

---

[1] Concurrently with the filing of this motion, 1333 M Street has filed a motion to strike Shapero's Answer as insufficient because it fails to even meet this Court's liberal pro se pleading requirements.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2006, I caused the foregoing Motion for Order of Default to be served via overnight courier upon:

Paul H. Shapero
2230 George Marshall Drive
Falls Church, VA  22043

Mid-Atlantic Development Group, LLC
2010 Corporate Ridge, Suite 700
McLean, VA  22102

                                         /S/
                                 Ross D. Cooper