IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
| | : Case No.: 1:06CV00010 |
| Plaintiff, | : Judge: Ricardo M. Urbina |
| v. | : |
| | : |
| MID-ATLANTIC DEVELOPMENT GROUP, LLC, | : |
| | : |
| and | : |
| | : |
| PAUL H. SHAPERO | : |
| | : |
| Defendants. | : |

## ORDER

This matter comes before the Court upon Plaintiff 1333 M Street, SE, LLC's Motion to Strike. Upon consideration of the motion, the record herein, and for good cause shown, it is hereby this ____ day of _____ 2006,

**ORDERED** that the Answer of Defendant Paul H. Shapero is stricken; and it is further

**ORDERED** that Defendant Paul H. Shapero file an amended Answer in a format that complies with Federal Rule of Civil Procedure 8 within 10 days from the entry of this Order.

_____
Judge, United States District Court for the District of Columbia