IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
| | : Case No.: 1:06CV00010 |
| Plaintiff, | : Judge: Ricardo M. Urbina |
| v. | : |
| | : |
| MID-ATLANTIC DEVELOPMENT | : |
| GROUP, LLC, | : |
| | : |
| and | : |
| | : |
| PAUL H. SHAPERO | : |
| | : |
| Defendants. | : |

## RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule LCvR 16.3, counsel for the Plaintiff 1333 M Street, SE, LLC ("1333 M Street") requested a conference with pro se Defendant Paul H. Shapero ("Shapero") via letter dated February 14, 2006, two substantive phone messages left for Shapero on February 21, 2006 and another two substantive voicemail messages left for Shapero on February 28, 2006.[1] Shapero has failed to respond or otherwise contact Plaintiff's counsel regarding the requisite conference or his consent or objection to Plaintiffs' proposals regarding the LCvR 16.3 topics, which were set forth in Plaintiff's February 14, 2006 letter to Shapero. As a result and so that Plaintiffs may proceed with discovery and expedient resolution of this case, Plaintiffs respectfully submit the following unilateral report:

---

[1] The Court entered default against Defendant Mid-Atlantic Development Group, LLC ("Mid-Atlantic") and thus Plaintiffs have not conferred with Mid-Atlantic.

## Statement of the Case

This is an action for breach of contract and fraud arising from Shapero's and Mid-Atlantic's deception in luring 1333 M Street into entering into a contract to sell real property in the District of Columbia to Mid-Atlantic that neither Shapero or Mid-Atlantic intended to perform (the "Agreement"). After inducing 1333 M Street to enter into the Agreement with no intention of ever purchasing the property, Mid-Atlantic breached the Agreement by failing to pay the required $1 million earnest money deposit into escrow as required by the contract (which, subject to certain provisions, was to be released to 1333 M Street prior to closing) and anticipatorily breached its obligation to purchase the property by failing to give 1333 M Street adequate assurances of performance. Plaintiff 1333 M Street is a Maryland limited liability company that currently owns the property located at 1333 M Street, SE. Defendant Paul H. Shapero is a citizen of the Commonwealth of Virginia and is apparently the sole and managing member of defaulted Defendant Mid-Atlantic. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## LCvR 16.3 Conference Topics

1. **Pre-Discovery Disclosures**: Insofar as 1333 M Street has filed a motion to strike Shapero's Answer as deficient, 1333 M Street proposes that initial disclosures are deferred until after the Court determines the due date for Shapero's Answer.

2. **Subjects of Discovery**:

    a.  1333 M Street anticipates that it will need discovery on the following subjects:

        (1)  The business relationship between the Defendants;

        (2)  The nature of each Defendants' business;

  (3)  The background of the parties' business relationship and series of negotiations resulting in execution of the Agreement;

  (4)  Defendants' intent in entering into the Agreement;

  (5)  The circumstances surrounding the earnest money deposit that was allegedly sent to the title company;

  (6)  The contact information for the title company used by Defendants;

  (7)  Whether the earnest money deposit was ever sent, received, deposited, or subsequently withdrawn by Defendants;

  (8)  Documents or other information indicating whether the $1 million earnest money was ever sent to the escrow agent, including Defendants' bank records for the pertinent time periods;

  (9)  Communications between the parties related to the Agreement (both before and after execution of the Agreement);

  (10)  Communications between Defendants and any third party, including but not limited to the title company or escrow agent, related to the earnest money deposit or the Agreement;

  (11)  The truthfulness of Defendants' representations regarding damage to other projects in Florida during the hurricanes;

  (12)  The circumstances surrounding Shapero's filing of an Answer on February 6, 2006 and service of an Answer several days later;

  (13)  The factual and legal bases of Defendants' affirmative defenses (if any);

  (14)  All other topics 1333 M Street determines are relevant to the claims of the parties.

**3.**  **Discovery Plan**: 1333 M Street would propose the following schedule for this case, subject to the Court's schedule and availability:

| **Event** | **Proposed Dates** |
| --- | --- |
| Rule 26(a) Initial Disclosures | TBD |
| Deadline for Joinder of Parties and Amendment of Pleadings | June 1, 2006 |

| | |
|---|---|
| Plaintiff's Expert Reports | August 1, 2006 |
| Defendant's Expert Reports | August 30, 2006 |
| Rebuttal Expert Reports | October 1, 2006 |
| Discovery Cut-Off | October 31, 2006 |
| Dispositive Motion Deadline | November 15, 2006 |
| Pre-Trial Conference | December 30, 2006 (case to be ready for trial 60 days after rulings on Dispositive Motions) |

4.  **Other Matters:**

a. 1333 M Street does not anticipate that the limits to discovery provided in the Federal Rules of Civil Procedure need to be modified in this case.

b. 1333 M Street is willing to consider settlement, however, Defendants have not yet made any reasonable settlement offer. 1333 M Street does not believe that a magistrate judge or mediation is appropriate in this case at this time.

c. Several issues in this case may be appropriate for disposition by summary judgment, but discovery should not be stayed pending a ruling on dispositive motions, as discovery may be necessary to support the motions.

Dated: March 2, 2006                    Respectfully submitted,

                                        _____/s/_____

                                        Ross D. Cooper #429200
                                        SHULMAN, ROGERS, GANDAL,
                                         PORDY & ECKER, P.A.
                                        11921 Rockville Pike, 3rd Floor
                                        Rockville, MD 20852
                                        Phone: (301) 230-5200
                                        Fax: (301) 230-2891

                                        Counsel to Plaintiff 1333 M Street, SE, LLC

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 2, 2006, I caused the foregoing 26(f) Report and Scheduling Order to be served via overnight courier upon:

Paul H. Shapero
2230 George Marshall Drive
Falls Church, VA  22043

                                                    /s/
                                          Ross D. Cooper