IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 1333 M STREET, SE, LLC | : | |
| | : | Case No.: 1:06CV00010 |
| Plaintiff, | : | Judge: Ricardo M. Urbina |
| v. | : | |
| | : | |
| MID-ATLANTIC DEVELOPMENT | : | |
| GROUP, LLC, | : | |
| | : | |
| and | : | |
| | : | |
| PAUL H. SHAPERO | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Plaintiff's request to file a unilateral Fed. R. Civ. P. 26(f) Report, and in light of Shapero's failure to meet and confer as required by the rules and for other good cause shown, it is hereby this ___ day of _____, 2006 ORDERED that Plaintiffs may proceed with discovery; and it is further

ORDERED that the following scheduling order is entered in this case:

| Event | Proposed Dates |
|---|---|
| Rule 26(a) Initial Disclosures | TBD |
| Deadline for Joinder of Parties and Amendment of Pleadings | June 1, 2006 |
| Plaintiff's Expert Reports | August 1, 2006 |
| Defendant's Expert Reports | August 30, 2006 |
| Rebuttal Expert Reports | September 29, 2006 |
| Discovery Cut-Off | October 31, 2006 |
| Dispositive Motion Deadline | November 15, 2006 |

| | |
|---|---|
| Pre-Trial Conference | January 2, 2007 (case to be ready for trial 60 days after rulings on Dispositive Motions) |

_____
Judge, United States District Court for the
District of Columbia