# EXHIBIT B

Case 1:06-cv-00010-RMU   Document 10-3   Filed 03/23/2006   Page 1 of 2

**Kristin Draper**

| | |
|---|---|
| **From:** | Ross Cooper |
| **Sent:** | Wednesday, February 22, 2006 5:33 PM |
| **To:** | Kristin Draper |
| **Subject:** | FW: Activity in Case 1:06-cv-00010-RMU 1333 M Street, SE, LLC v. MID-ATLANTIC DEVELOPMENT GROUP, LLC et al "Order on Motion for Entry of Default" |

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Wednesday, February 22, 2006 5:28 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00010-RMU 1333 M Street, SE, LLC v. MID-ATLANTIC DEVELOPMENT GROUP, LLC et al "Order on Motion for Entry of Default"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrmu1, entered on 2/22/2006 at 5:28 PM EDT and filed on 2/22/2006

| | |
|---|---|
| **Case Name:** | 1333 M Street, SE, LLC v. MID-ATLANTIC DEVELOPMENT GROUP, LLC et al |
| **Case Number:** | 1:06-cv-10 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
MINUTE ORDER granting [6] Motion for Entry of Default pursuant to Rule 55(a). The clerk of the court shall enter default against defendant Mid-Atlantic Development Group, LLC. Signed by Judge Ricardo M. Urbina on 2/22/06. (djr)

The following document(s) are associated with this transaction:

**1:06-cv-10 Notice will be electronically mailed to:**

Ross D. Cooper    rcooper@srgpe.com,

**1:06-cv-10 Notice will be delivered by other means to:**

2/22/2006