# EXHIBIT C

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

1333 M Street, SE, LLC

_____
          Plaintiff(s)

V.

MID-ATLANTIC DEVELOPMENT GROUP,
LLC

_____
          Defendant(s)

Civil Action No. 06-18 (RWR)

RE: MID-ATLANTIC DEVELOPMENT GROUP, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 17, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this __3__ day of __March__, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Jackie Francis_____
          Deputy Clerk