# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

1333 M STREET, SE, LLC       :
              :   Case No.: 1:06CV00010
     Plaintiff,       :   Judge: Ricardo M. Urbina
  v.            :
              :
MID-ATLANTIC DEVELOPMENT    :
GROUP, LLC,         :
              :
and            :
              :
PAUL H. SHAPERO       :
              :
     Defendants.     :
_____:

## AFFIDAVIT OF RONALD J. COHEN

I, Ronald J. Cohen, do hereby declare and affirm under penalties of perjury the following:

1.   I am the sole and managing member of 1333 M Street, S.E., LLC ("1333 M

Street"), which owns the real property located at 1333 M Street, S.E. in the District of Columbia

(the "Property"). On behalf of 1333 M Street, I acquired the Property in 2002 and have owned it

continuously since that time. My family and I have been in the real estate industry in the

Washington, D.C. metropolitan area for more than 40 years. I personally have been involved in

the real estate business in the Washington D.C. metropolitan area for 35 years. I am the CEO of

the Cohen Companies, which own approximately 35 parcels of real property. Of these 35

properties, five (5) are shopping centers, eight (8) are office buildings and the remainder are

parcels of land that will be developed for either commercial or residential use. Through various

entities in which I own an interest, I have owned and/or sold approximately six (6) to eight (8)

parcels in the neighborhood surrounding the Property at issue here. I believe I have significant

knowledge of District of Columbia property values in general and of the fair market value of this

parcel in particular. I am thus competent to testify as to the matters set forth herein. I make this affidavit in support of 1333 M Street's Motion for Entry of Default Judgment in the above captioned action.

2.    On September 26, 2005, 1333 M Street and Mid-Atlantic Development Group, LLC ("Mid-Atlantic") entered into a "Real Estate Sale and Exchange Agreement" (the "Agreement") pursuant to which 1333 M Street agreed to sell, and Mid-Atlantic agreed to purchase, the Property. Mid-Atlantic has breached the Agreement and has committed fraud as set forth in the Complaint.

3.    Based upon my knowledge of the Washington, D.C. real estate market and my knowledge regarding the value of the Property as the managing member of 1333 M Street (which is the owner of the Property), on January 30, 2006 – the anticipated closing date – the value of the Property was $7 million.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _2/21/06_                         _____
                                              Ronald J. Cohen

STATE OF _Maryland_ )
                    ) ss:
COUNTY OF _Montgomery_ )

I HEREBY CERTIFY that on this _21st_ day of March, 2006, before me, the subscriber, a Notary Public of the State of Maryland, personally appeared Ronald J. Cohen, known to me or satisfactorily proven to be the person whose name is subscribed to this Affidavit, who acknowledged that she executed the same for the purpose contained herein.

Sworn to and subscribed before me this _21st_ day of March, 2006.

                                              _____
                                              Notary Public

                                              My commission expires: _10/01/09_

2