# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 1333 M STREET, SE, LLC | : | |
| | : | Case No.: 1:06CV00010 |
| Plaintiff, | : | Judge: Ricardo M. Urbina |
| v. | : | |
| | : | |
| MID-ATLANTIC DEVELOPMENT | : | |
| GROUP, LLC, | : | |
| | : | |
| and | : | |
| | : | |
| PAUL H. SHAPERO | : | |
| | : | |
| Defendants. | : | |

_____

### AFFIDAVIT OF KRISTIN DRAPER

I, Kristin Draper, do solemnly declare and affirm under the penalties of perjury that the contents of the following Affidavit are true and correct to the best of my knowledge, information and belief:

1.    I am an attorney with the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., counsel for Plaintiff 1333 M Street, SE, LLC ("1333 M Street") in the above-captioned matter.

2.    I make this Affidavit in support of 1333 M Street's motion for entry of default against Defendant Mid-Atlantic Development Group, LLC ("Mid-Atlantic"), which includes a request for contractually recoverable attorneys fees and costs.

3.    As of March 17, 2006, the total attorney fees and costs incurred by 1333 M Street in connection with the above-captioned matter is $26,248.59, which includes $24,843.50 in attorneys' fees and $1,405.09 in costs.

4.   Attached hereto as Exhibit 1 are true copies of all invoices billed by

Shulman, Rogers, Gandal, Pordy & Ecker, P.A. to 1333 M Street, SE, LLC in connection with

this matter.

 I declare under penalty of perjury that the foregoing is true and correct.


Dated:  March 21, 2006

_____
Kristin E. Draper



STATE OF _MARYLAND_          )
                            ) ss:
COUNTY OF_MONTGOMERY_       )

     I  HEREBY CERTIFY that on this 21 day of March, 2006,  before me, the subscriber, a
Notary Public of the State of Maryland, personally appeared Kristin Draper, known to me or
satisfactorily proven to be the person whose name is subscribed to this Affidavit, who
acknowledged that she executed the same for the purpose contained herein.

     Sworn to and subscribed before me this 21 day of March, 2006.


_____
Notary Public

My commission expires: 1/1/08

ANN C. BUSHNELL
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires:

2