# EXHIBIT F1

**Shulman, Rogers, Gandal, Pordy & Ecker, P.A.**
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
(301) 230-5200
Federal Tax ID 52-1008944

1333 M Street, S.E., LLC
c/o Ronald J. Cohen
2701 Tower Oaks Boulevard
Suite 200
Rockville, MD 20852

**Invoice:** 98418038
**Invoice Date:** January 19, 2006
**Client Number:** 112048
**Matter Number:** 00003

For Professional Services Rendered Through December 31, 2005

RE:   Mid-Atlantic Development Group

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/20/05 | RDC | Call with Ron Cohen and review materials for suit. | 2.10 |
| 12/22/05 | RDC | Review materials and call with R. Cohen regarding same. | 1.10 |
| 12/27/05 | KED | Review contract and correspondence related to dispute with Mid-Atlantic. Research re: jurisdiction. | 3.00 |
| 12/28/05 | KED | Review One Green Eye file from Mort re: Shapero. Research re: personal liability. Begin drafting complaint against Mid-Atlantic. | 3.50 |
| 12/29/05 | KED | Continue drafting complaint against Mid-Atlantic and Shapero. Telephone call with Michael Hollander re: same. | 3.80 |
| 12/30/05 | KED | Revise complaint and prepare memorandum for Ross Cooper re: research and other issues. | 2.10 |
| | | Total Hours: | 15.60 |

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| Kristin Draper | 12.40 | 195.00 | 2,418.00 |
| Ross Cooper | 3.20 | 375.00 | 1,200.00 |

| | |
|---|---|
| Current Fees | $3,618.00 |
| Total Fees | **$3,618.00** |
| **Total Balance Due Upon Receipt** | **$3,618.00** |

**Shulman, Rogers, Gandal, Pordy & Ecker, P.A.**
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
(301) 230-5200
Federal Tax ID  52-1008944

1333 M Street, S.E., LLC
c/o Ronald J. Cohen
2701 Tower Oaks Boulevard
Suite 200
Rockville, MD 20852

**Invoice:** 98419940
**Invoice Date:** February 14, 2006
**Client Number:** 112048
**Matter Number:** 00003

For Professional Services Rendered Through January 31, 2006

RE:     Mid-Atlantic Development Group

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/02/06 | RDC | Review complaint and memo regarding same. | 0.70 |
| 01/03/06 | RDC | Exchange e-mails with counsel for Manger regarding settlement. | 0.40 |
| 01/03/06 | RDC | Call with Ron Cohen and review complaint. | 1.10 |
| 01/03/06 | KED | Continue drafting and revising complaint per Ross Cooper's comments on memorandum. Preliminary research re: effect of fraud on contractual provisions. | 5.60 |
| 01/04/06 | RDC | Review/revise complaint and discuss same with K. Draper. | 2.20 |
| 01/04/06 | KED | Revise complaint; Telephone call with Michael Hollander. Research whether two year tax reports are required for registration. Conference with Mort Faller re: same.  Review registration forms and conference with Nora Whitescarver re: same.  Prepare civil cover sheet and other requisite forms for filing complaint.  research re: fiduciary shield doctrine and personal service. | 5.60 |
| 01/04/06 | NW | 1333 M Street, SE, LLC:  Strategy conference with K Draper; Prepared documents for qualification in the District of Columbia and gave to K Draper for review. | 2.00 |
| 01/05/06 | KED | Review and compile documents for filing with the Court. | 0.40 |
| 01/05/06 | NW | 1333 M Street, S.E., LLC:  Arranged for qualification in DC. | 0.70 |
| 01/09/06 | RDC | Discuss service issues with R. Cohen. | 0.70 |
| 01/09/06 | KED | Follow-up on service on Mid-Atlantic. Conference with Ross Cooper re: same. | 0.30 |
| 01/10/06 | RDC | Call with Ron Cohen regarding service. | 0.30 |

Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

Invoice: 98419940
Invoice Date: February 14, 2006
Client Number: 112048
Matter Number: 00003
Page: 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/10/06 | KED | Discuss service issues with J&M and confer with Ross Cooper re: same. | 0.50 |
| 01/17/06 | RDC | Call with R. Cohen regarding meeting with Shapero. | 0.40 |
| 01/17/06 | KED | Telephone call with Leah at Cohen Companies re: service. Memorandum to file re: service on Shapero and admission by Shapero that he withdrew the escrowed funds. | 0.30 |
| 01/18/06 | KED | Telephone call with Leah re: process server. Conference with Nicci Murphy re: affidavit of service. | 0.60 |
| 01/18/06 | NM | Draft affidavit of service. | 0.50 |
| 01/19/06 | KED | Review affidavits of service and send to Michael Hollander for execution by process server. | 0.10 |
| 01/30/06 | KED | Review rules for sequence and timing of discovery. Memo to Ross Cooper re: Same. | 0.60 |
|   |   | Total Hours: | 23.00 |

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| Kristin Draper | 14.00 | 225.00 | 3,150.00 |
| Nicola Murphy | 0.50 | 135.00 | 67.50 |
| Nora Whitescarver | 2.70 | 135.00 | 364.50 |
| Ross Cooper | 5.80 | 395.00 | 2,291.00 |

|   |   |
|---|---|
| Current Fees | $5,873.00 |
| Total Fees | **$5,873.00** |

For Costs Advanced and Expenses Incurred:

| **Description** | **Amount** |
|---|---|
| Westlaw | 217.02 |
| Court Cost | 250.00 |
| Filing | 200.00 |
| Printing and duplication | 19.70 |
|   |   |
| Current Expenses | **$686.72** |
|   |   |
| **Total Balance Due Upon Receipt** | **$6,559.72** |

# Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
(301) 230-5200
Federal Tax ID 52-1008944

1333 M Street, S.E., LLC
c/o Ronald J. Cohen
2701 Tower Oaks Boulevard
Suite 200
Rockville, MD 20852

**Invoice:** 98421978
**Invoice Date:** March 13, 2006
**Client Number:** 112048
**Matter Number:** 00003

For Professional Services Rendered Through February 28, 2006

RE:   Mid-Atlantic Development Group

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/30/06 | RDC | Call with R. Cohen and inquire as to status of answer. | 0.30 |
| 02/07/06 | RDC | Review answer to complaint and confer with R. Cohen regarding same. | 0.90 |
| 02/07/06 | KED | Review answer. Conferences with Ross Cooper and Leslie Gallagher. | 0.80 |
| 02/07/06 | LG | Conference w/ K.Draper re: motion to strike individual Answer | 0.40 |
| 02/08/06 | KED | Conference with Leslie Gallagher re: complaint. | 0.20 |
| 02/08/06 | LG | Review complaint and answer; review local ct. rules | 0.90 |
| 02/09/06 | KED | Conference with Leslie Gallagher re: Federal pleading rules and motions to strike. | 0.60 |
| 02/09/06 | LG | Review local rules for district court for DC re: pleadings requirements, motion to strike and pro se litigants; review FRCP re: same; conference w/ K.Draper re: motion to strike v. motion for more definite statement; review rules commentary; | 1.70 |
| 02/10/06 | KED | Compare type-written answer with hand-written answer for material changes. | 0.90 |
| 02/10/06 | LG | Review "amended" answer; discuss same w/ K.Draper; review FRCP re: amendment of pleadings; continue research re: motion to strike answer | 1.60 |
| 02/12/06 | KED | Westlaw and other legal research re: entry of default and representation of LLC pro se. | 0.50 |
| 02/13/06 | RDC | Discuss issues regarding new complaint with K. Draper. | 0.40 |

Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

Invoice: 98421978
Invoice Date: March 13, 2006
Client Number: 112048
Matter Number: 00003
Page: 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/13/06 | KED | Research default judgments and appearances pro se. Draft letter to Shapero re: 26(f) conference and deposition. Conference with Ross Cooper and Leslie Gallagher re: differences in two Answers. Prepare schedule of documents requested at deposition. | 5.80 |
| 02/13/06 | LG | Continue research for motion to strike; draft same; conference w/ K.Draper and RDC re: same | 4.40 |
| 02/14/06 | RDC | Review/revise deposition notices and letter to Shapiro. | 0.90 |
| 02/14/06 | KED | Revise 26(f) letter and deposition notice. Conference with Leslie Gallagher re: motion to strike. Begin motion for default. | 3.10 |
| 02/14/06 | LG | Continue research and draft of motion to strike | 2.80 |
| 02/15/06 | KED | Continue research for motion for entry of default. Conferences with Leslie Gallagher re: motion to strike and revised answer. | 2.10 |
| 02/15/06 | LG | Strategy conference w/ K. Draper re: effect of motion to strike v. motion for more definite statement; research same; continue draft of motion to strike | 1.90 |
| 02/16/06 | KED | Revise motion for entry of default. | 0.80 |
| 02/17/06 | KED | Slight revisions to motion for entry of default. Conference with Ross Cooper re: same. | 0.40 |
| 02/20/06 | LG | Finalize draft of motion to strike | 2.30 |
| 02/21/06 | KED | Review Leslie Gallagher's motion to strike; conference with Ross Cooper re: edits to the motion; Conference with Leslie re: edits; Telephone calls to Shapero re: response to 26(f) letter. | 1.60 |
| 02/21/06 | LG | Conference w/ K. Draper re: additions to text of motion to strike; review Shapero's answer for contradictory and immaterial statements; revise motion to strike | 1.20 |
| 02/22/06 | RDC | Review default motions and order; call to R. Cohen regarding same. | 0.90 |
| 02/22/06 | KED | Conferences with Ross Cooper and Leslie Gallagher re: Motion to Strike and Motion for Default. Revise same. Compile exhibits and file both motions. | 1.70 |
| 02/22/06 | LG | Finalize revisions to motion to strike; prepare for filing | 1.40 |
| 02/24/06 | KED | Prepare 26(f) report reflecting plaintiff's position on discovery topics and schedule. Review rules for additional required information. | 1.30 |
| 02/28/06 | RDC | Review/revise 26(f) statement. | 0.70 |

Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

**Invoice:** 98421978
**Invoice Date:** March 13, 2006
**Client Number:** 112048
**Matter Number:** 00003
**Page:** 3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/28/06 | KED | Telephone call to Shapero re: deposition. Revise 26(f) statement per Ross Cooper's comments. Draft "statement of case" for inclusion in 26(f) statement. Review chamber standing order for judge's specific requirements for 26(f) reports. | 1.10 |
| | | Total Hours: | 43.60 |

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| Kristin Draper | 20.90 | 225.00 | 4,702.50 |
| Leslie Gallagher | 18.60 | 195.00 | 3,627.00 |
| Ross Cooper | 4.10 | 395.00 | 1,619.50 |

| | |
|---|---|
| Current Fees | $9,949.00 |
| Total Fees | **$9,949.00** |

For Costs Advanced and Expenses Incurred:

| **Description** | **Amount** |
|---|---|
| Delivery | 198.30 |
| Telecopier | 20.00 |
| Westlaw | 445.07 |
| Filing | 40.00 |
| Printing and duplication | 14.00 |
| Current Expenses | $717.37 |
| **Total Balance Due Upon Receipt** | **$10,666.37** |

## Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
(301) 230-5200
Federal Tax ID 52-1008944

| | |
|---|---|
| 1333 M Street, S.E., LLC<br>c/o Ronald J. Cohen<br>2701 Tower Oaks Boulevard<br>Suite 200<br>Rockville, MD 20852 | **Invoice:** 98423073<br>**Invoice Date:** March 21, 2006<br>**Client Number:** 112048<br>**Matter Number:** 00003 |

For Professional Services Rendered Through March 17, 2006

RE:   Mid-Atlantic Development Group

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/06 | RDC | Call with Ron Cohen regarding call from broker regarding other Shapero deals. | 0.40 |
| 03/01/06 | KED | Revise 26(f) report and prepare to file. | 0.40 |
| 03/02/06 | RDC | Call with Ron Cohen; call to Dick Duvall regarding claims of broker. | 0.30 |
| 03/02/06 | KED | Conference with Leslie Gallagher re: two judgments and default judgments; Research information re: Dick Duvall; File 26(f) report. | 0.70 |
| 03/02/06 | LG | Conference w/ K. Draper re: motion for default judgment; research and draft same; conference w/ K. Draper re: effect of default judgment against Mid-Atlantic on continued litigation with Shapero; continue research | 3.40 |
| 03/03/06 | KED | Draft and send letter to Shapero re: new deposition date. | 0.60 |
| 03/06/06 | LG | Continue research of issues related to motion for default judgment | 0.70 |
| 03/07/06 | KED | Conference with Leslie Gallagher re: questions about default judgments. | 0.70 |
| 03/07/06 | LG | Continue research re: calculation of damages for breach of contract and fraud and default judgment against one of multiple defendants; research ability to obtain actual and punitive damages where contract limits seller's damages to $1 million in event of default; research punitive damages under DC law; conference w/ K. Draper re: various issues related to default judgment | 5.30 |

Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

Invoice: 98423073
Invoice Date: March 21, 2006
Client Number: 112048
Matter Number: 00003
Page: 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/08/06 | LG | Research DC law re: punitive damages for fraud; conference w/ K. Draper re: same; continue draft of motion for entry of default judgment | 2.60 |
| 03/09/06 | LG | Continue working on and complete draft of motion for entry of default judgment | 2.90 |
| 03/14/06 | KED | Review and revise motion for entry of default. Conferences with Leslie Gallagher re: same. | 0.80 |
| 03/14/06 | LG | Revise motion for entry of default judgment; additional research re: exemplary damages where fraud surrounded breach of contract; draft affidavit of Ronald Cohen | 2.60 |
| 03/15/06 | KED | Conference call with Bryant's lawyer re: information re: Shapero. E-mail to Elledge re: same. Conferences with Leslie Gallagher re: revisions to Motion for Default Judgment and additional research issues. | 2.40 |
| 03/15/06 | LG | Complete revisions to motion for entry of default judgment; additional research re: damages for fraud in connection with real estate contract; complete draft of Cohen affidavit; conference w/ K. Draper re: same | 1.80 |
| 03/15/06 | LG | Strategy conference with K. Draper re: default judgment and ability to recover beyond liquidated damages provision in contract; revise motion accordingly; revise affidavit | 1.30 |

Total Hours: 26.90

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| Kristin Draper | 5.60 | 225.00 | 1,260.00 |
| Leslie Gallagher | 20.60 | 195.00 | 4,017.00 |
| Ross Cooper | 0.70 | 395.00 | 276.50 |

Current Fees     $5,553.50

Total Fees     **$5,553.50**

For Costs Advanced and Expenses Incurred:

| Description | Amount |
|---|---|
| Printing and duplication | 3.40 |

Current Expenses     **$3.40**

Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

Invoice: 98423073
Invoice Date: March 21, 2006
Client Number: 112048
Matter Number: 00003
Page: 3

**Total Balance Due Upon Receipt**         $5,556.90