IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC : | |
| : | Case No.: 1:06CV00010 |
| Plaintiff, : | Judge: Ricardo M. Urbina |
| v. : | |
| : | |
| MID-ATLANTIC DEVELOPMENT : | |
| GROUP, LLC, : | |
| : | |
| and : | |
| : | |
| PAUL H. SHAPERO : | |
| : | |
| Defendants. : | |

## ORDER

This matter comes before the Court upon Plaintiff 1333 M Street, SE, LLC's Motion for Judgment by Default. Upon consideration of the motion, the record herein, and for good cause shown, it is hereby this ____ day of _____ 2006,

**ORDERED** that a judgment on liability is entered against Defendant Mid-Atlantic Development Group, LLC on all counts set forth in the Complaint; and it is further

**ORDERED** that a judgment in the amount of $5,223,562.20, plus interest, is entered against Defendant Mid-Atlantic Development Group, LLC.

_____
Judge, United States District Court for the
District of Columbia