# EXHIBIT C

**SHULMAN ROGERS GANDAL PORDY & ECKER, P.A.**

| | | | | |
|---|---|---|---|---|
| Lawrence A. Shulman | Alan S. Tilles | Michael L. Kabik | Hong Suk "Paul" Chung | Anne Marie Vassallo• |
| Donald R. Rogers | James M. Hoffman | Jeffrey W. Rubin | Patrick J. Howley | Matthew D. Alegi• |
| Karl L. Ecker† | Michael V. Nakamura | Simon M. Nadler | Carmen J. Morgan• | Joann J. Wang•+ |
| David A. Pordy+ | Jay M. Eisenberg+ | Scott D. Museles | Kristin E. Draper• | Christopher W. Poverman |
| David D. Freishtat | Douglas K. Hirsch | Karl W. Means | Heather L. Spurrier• | *Of Counsel* |
| Martin P. Schaffer | Ross D. Cooper | Michelle R. Curtis• | André L. Brady | Larry N. Gandal |
| Christopher C. Roberts | Glenn C. Etelson | Mimi L. Magyar | Melissa G. Bernstein | Jeffrey A. Shane |
| Edward M. Hanson, Jr. | Karl J. Protil, Jr.+ | Glenn W.D. Golding+ | Patricia Teck | Leonard R. Goldstein |
| David M. Kochanski | Timothy Dugan+ | Michael J. Lichtenstein | Jacob A. Ginsberg | Richard P. Meyer º |
| James M. Kefauver † | Kim Viti Fiorentino | Bruce A. Henoch | John D. Sadler | Larry A. Gordon• |
| Robert B. Canter | Sean P. Sherman+ | Jeremy W. Schulman | Marc E. Pasekoff | David E. Weisman |
| Daniel S. Krakower | Gregory D. Grant+ | William F. Askinazi | Erin J. Ashbarry | Lawrence Eisenberg |
| Kevin P. Kennedy | Jacob S. Frenkel• | Matthew M. Moore+ | Alexis H. Peters• | Deborah L. Moran |
| Nancy P. Regelin | William C. Davis, III | Jeannie Eun Cho | Meredith S. Abrams | Scott D. Field |
| Samuel M. Spiritos+ | Rebecca Oshoway | Debra S. Friedman• | John D. Adams | *Special Counsel* |
| Martin Levine | Alan B. Sternstein | Eric J. von Vorys | Kristen Munger• | Philip R. Hochberg º |
| Worthington H. Talcott, Jr.+ | Michael J. Froehlich | Gary I. Horowitz | Michael T. Ebaugh | *Maryland and D.C. except as noted:* |
| Fred S. Sommer | Sandy David Baron | Heather L. Howard+ | David B. Kramer | + Virginia also    º D.C. only |
| Morton A. Faller | Christine M. Sorge | Stephen A. Metz | Lauren J. Pair | • Maryland only  † Retired |

Writer's Direct Dial Number:

301-231-5239
kdraper@srgpe.com

March 3, 2006

<u>**VIA OVERNIGHT COURIER**</u>

Paul Shapero
2230 George Marshall Drive
Falls Church, VA  22043

Re:   <u>**1333 M Street, SE, LLC v. Mid-Atlantic Development Group, LLC, et al., Case No. 06-cv-00010**</u>

Dear Mr. Shapero:

Further to my voicemail messages on February 28, 2006, I write regarding your deposition, which we previously had noticed for March 20, 2006. March 20 is no longer a convenient date for us and we thus seek to reschedule your deposition. Please contact me by March 10, 2006 with your availability in early to mid-April so that we can select a mutually convenient date for the rescheduled deposition. If you do not contact us by March 10, 2006, we will unilaterally select a new date and re-notice your deposition accordingly.

I look forward to hearing from you to discuss the foregoing.

Sincerely,

Kristin E. Draper

KED/kd
cc:   Ross D. Cooper