# EXHIBIT D

# Tina D. Hensley

| | |
|---|---|
| **From:** | Pshapero1@aol.com |
| **Sent:** | Monday, March 20, 2006 12:39 PM |
| **To:** | Ross Cooper |
| **Cc:** | fraga@gtlaw.com |
| **Subject:** | Change of Deposition Date |

Ross,

As discussed and agreed in out conversation last week, I will not be available for a deposition on March 20, 2006, as originally requested by you. The next available date I would appear to available is the second week of May, 2006. You had mentioned on the phone to me that April 20th was a possibility, unfortunately, I will not be in town that week.

I will also get you the contact information, as requested, for Palm Title, along with a copy of the deposit check for the property.

I am also in Florida working on a potential deal for Ronnie to participate in, and should know more of how to approach it by next week. Hopefully, Ronnie and I can resolve this issue without having to make it a legal battle, and instead, make it a profitable real estate venture for both of us.

Please let me know if early May works for you to schedule the deposition.

Best regards, Paul Shapero

## Kristin Draper

**From:** Ross Cooper
**Sent:** Monday, March 20, 2006 12:57 PM
**To:** Pshapero1@aol.com
**Cc:** fraga@gtlaw.com; Kristin Draper
**Subject:** RE: Change of Deposition Date

Paul: Thank you for your e-mail. At the outset, please advise the identity of fraga@gtlaw.com. If that is your counsel, I will communicate with that person.

So there is no mistake, I only agreed to postpone the deposition until May if I had by 5:00 p.m. today, the name and contact information for the Palm Tile person and a copy of the check. if that information, which should be quite readily deliverable, is not in my possession by 5:00 p.m. today, I will re-notice the deposition for a date before May and you (or your counsel) can file a motion for a protective order, which we will oppose.

I look forward to hearing from you.

Ross Cooper.


**From:** Pshapero1@aol.com [mailto:Pshapero1@aol.com]
**Sent:** Monday, March 20, 2006 12:39 PM
**To:** Ross Cooper
**Cc:** fraga@gtlaw.com
**Subject:** Change of Deposition Date

Ross,

As discussed and agreed in out conversation last week, I will not be available for a deposition on March 20, 2006, as originally requested by you. The next available date I would appear to available is the second week of May, 2006. You had mentioned on the phone to me that April 20th was a possibility, unfortunately, I will not be in town that week.

I will also get you the contact information, as requested, for Palm Title, along with a copy of the deposit check for the property.

I am also in Florida working on a potential deal for Ronnie to participate in, and should know more of how to approach it by next week. Hopefully, Ronnie and I can resolve this issue without having to make it a legal battle, and instead, make it a profitable real estate venture for both of us.

Please let me know if early May works for you to schedule the deposition.

Best regards, Paul Shapero

4/4/2006

## Tina D. Hensley

**From:** Pshapero1@aol.com
**Sent:** Monday, March 20, 2006 3:57 PM
**To:** Ross Cooper
**Subject:** Re: Change of Deposition Date

Ross,

I have been traveling and will work on getting the accurate contact info and copy of the check when I return to DC next week. This is the best I can do since I have been indispose.

Paul

## Kristin Draper

**From:** Ross Cooper
**Sent:** Monday, March 20, 2006 4:04 PM
**To:** Pshapero1@aol.com
**Cc:** Kristin Draper
**Subject:** RE: Change of Deposition Date

P - That is insufficient, evasive, and leads me to conclude that you are not serious about resolution. We spoke last week and this information should have been at your disposal. If I do not have the information by c.o.b. today, we will proceed with re-noticing he deposition for a date in the next two weeks, as we cannot reasonably be expected to wait until the middle of May for your deposition. You certainly are free to try to explain through a motion why you have no time between now and the middle of May. I doubt Judge Urbina will be moved. Please be advised we will seek contempt sanctions if you do not comply with the Rules in connection with the deposition.

I also will presume you are not being represented in this matter by Mr. Fraga at Greenberg, Traurig.

Kristin - if we do not have the information by 5:00, please re-notice the deposition.

---

**From:** Pshapero1@aol.com [mailto:Pshapero1@aol.com]
**Sent:** Monday, March 20, 2006 3:57 PM
**To:** Ross Cooper
**Subject:** Re: Change of Deposition Date

Ross,

I have been traveling and will work on getting the accurate contact info and copy of the check when I return to DC next week. This is the best I can do since I have been indispose.

Paul

4/4/2006