# EXHIBIT F

1333/M

| | | |
|---|---|---|
| FedEx Express<br>Customer Support<br>Domestic Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643 | Telephone 901-369-3600 |



April 03, 2006

KRISTEN DRAPER
(301) 230-2891

Dear KRISTEN DRAPER:

Our records reflect the following delivery information for the shipment with the tracking number 791891816847.

Delivery Information:

Signed For By:    P.HUBBARD

Delivered to:    2230 GEORGE C. MARSHALL DRIV

Delivery Date:    March 21, 2006

Delivery Time:    10:18 AM

Shipping Information:

Shipment Reference Information: 112048.03

| Tracking No: | 791891816847 | Ship Date: | March 20, 2006 |
|---|---|---|---|
| Shipper: | TINA HENSLEY<br>SHULMAN ROGERS<br>11921 ROCKVILLE PIKE<br>SUITE 300<br>ROCKVILLE, MD 20850<br>US | Recipient: | PAUL SHAPERO<br>2230 GEORGE MARSHALL<br>DRIVE<br>FALLS CHURCH, VA 22043<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20060403002722251871

This information is provided subject to the FedEx Service Guide.