# EXHIBIT G

# Tina D. Hensley

| From: | Pshapero1@aol.com |
|---|---|
| Sent: | Tuesday, March 21, 2006 11:24 AM |
| To: | Ross Cooper |
| Cc: | fraga@gtlaw.com |
| Subject: | Re: Change of Deposition Date |

Ross,

I am not being evasive in any way. I have been tied up on extremely sensitive family matters out of town and can only do so much with a phone cal or so. It is my full intent to do all possible to resolve this issue in a way that all parties are satisfied. Please do not use language that could be interpreted as trying to intimidate, as your email to me seems to suggest. I can only do what is humanly possible and am trying to cooperate to the fullest. My schedule is what it is, and I urge you to work with me, not against the process, to find a date that is reasonable for me to be present.

I hope you will not try to be intimidating in future dealings, rather, to be cooperative, as I mentioned above.

Paul Shapero

**Kristin Draper**

| | |
|---|---|
| **From:** | Ross Cooper |
| **Sent:** | Tuesday, March 21, 2006 11:28 AM |
| **To:** | Pshapero1@aol.com |
| **Cc:** | fraga@gtlaw.com; Kristin Draper |
| **Subject:** | RE: Change of Deposition Date |

I once again see the "cc" to fraga, but am assuming he is not yet counsel. My position from yesterday stands and we already have re-noticed the deposition. Ross.

**From:** Pshapero1@aol.com [mailto:Pshapero1@aol.com]
**Sent:** Tuesday, March 21, 2006 11:24 AM
**To:** Ross Cooper
**Cc:** fraga@gtlaw.com
**Subject:** Re: Change of Deposition Date

Ross,

I am not being evasive in any way. I have been tied up on extremely sensitive family matters out of town and can only do so much with a phone cal or so. It is my full intent to do all possible to resolve this issue in a way that all parties are satisfied. Please do not use language that could be interpreted as trying to intimidate, as your email to me seems to suggest. I can only do what is humanly possible and am trying to cooperate to the fullest. My schedule is what it is, and I urge you to work with me, not against the process, to find a date that is reasonable for me to be present.

I hope you will not try to be intimidating in future dealings, rather, to be cooperative, as I mentioned above.

Paul Shapero

4/4/2006