# EXHIBIT H

**Capital Reporting Company**

Page 1

1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2

----------------------------------:
3  1333 M STREET, SE, LLC,                    :
                                              :       ORIGINAL
4            Plaintiff,                        :
                                              :
5       vs.                                    : Case No.:
                                              : 1:06CV00010
6  MID-ATLANTIC DEVELOPMENT GROUP, LLC :
   and PAUL H. SHAPERO,                        :
7                                              :
             Defendants.                       :
8  ----------------------------------:

9                                        Washington, D.C.

10                                   Thursday, April 6, 2006

11  Scheduled Videotaped Deposition of:

12                      PAUL H. SHAPERO

13  called for oral examination by counsel for

14  Plaintiff, pursuant to notice, at Shulman, Rogers

15  Gandal, Pordy & Ecker, P.A., 1100 New York Avenue,

16  Northwest, Suite 500, West Tower, Washington,

17  D.C., before Shari R. Broussard, of Capital

18  Reporting Company, a Notary Public in and for the

19  District of Columbia, beginning at 10:31 a.m., when

20  were present on behalf of the respective parties:

21

22

**Capital Reporting Company**

Page 2

1    On behalf of Plaintiff:

2        ROSS D. COOPER, ESQUIRE
         KRISTIN E. DRAPER, ESQUIRE
3        Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
         11921 Rockville Pike, Third Floor
4        Rockville, Maryland 20852
         (301) 230-5239

5

6    ALSO PRESENT:

7        Daniel Holmstock, Video Technician

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Capital Reporting Company**

```
1                    C O N T E N T S

2

3   PLAINTIFF'S DEPOSITION EXHIBITS:    *        PAGE

4   1   Amended Notice of Deposition              4

5   2   FedEx Customer Support Trace, 4/3/06      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   (*Exhibits attached.)
```

## Capital Reporting Company

Page 4

```
 1              P R O C E E D I N G S

 2         MR. COOPER:  It is now 10:31 or 2 Eastern

 3    time.  The witness, Paul Shapero, the Defendant,

 4    Paul Shapero, has not appeared for the deposition.

 5              I'd like the court reporter to mark, for

 6    purposes of establishing the record, first the

 7    Notice of Deposition.

 8              (Shapero Exhibit Number 1

 9              was marked for identification.)

10         MR. COOPER:  In addition, if the court

11    reporter would mark the FedEx proof of delivery

12    showing that the deposition notice was signed for

13    at the residence address of the witness.

14              (Shapero Exhibit Number 2

15              was marked for identification.)

16         MR. COOPER:  I'll have the court reporter

17    attach these to this transcript, which we intend to

18    use as an exhibit to our Motion for Contempt

19    Sanctions or, in the alternative, an order

20    compelling Mr. Shapero to appear for his deposition

21    and awarding costs and fees for this exercise to

22    Plaintiff.  Thank you.
```

Page 5

1               (Whereupon, at 10:32 a.m., the

2          proceedings were concluded.)

3                    *    *    *    *    *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Capital Reporting Company**

Page 6

1          CERTIFICATE OF NOTARY PUBLIC

2          I, SHARI R. BROUSSARD, the officer before whom

3     the foregoing deposition was taken, do hereby

4     certify that the witness whose testimony appears in

5     the foregoing deposition was duly sworn by me; that

6     the testimony of said witness was taken by me in

7     stenotypy and thereafter reduced to typewriting

8     under my direction; that said deposition is a true

9     record of the testimony given by said witness; that

10    I am neither counsel for, related to, nor employed

11    by and of the parties to the action in which this

12    deposition was taken; and, further, that I am not a

13    relative or employee of any counsel or attorney

14    employed by the parties hereto, nor financially or

15    otherwise interested in the outcome of this action.

16

17

18

19                         SHARI R. BROUSSARD
                      Notary Public in and for the
20                         District of Columbia

21
      My commission expires:
22    July 14, 2010

zcert.txt

1

1          CERTIFICATE OF NOTARY PUBLIC

2              I, SHARI R. BROUSSARD, the officer before whom

3      the foregoing deposition was taken, do hereby

4      certify that the witness whose testimony appears in

5      the foregoing deposition was duly sworn by me; that

6      the testimony of said witness was taken by me in

7      stenotypy and thereafter reduced to typewriting

8      under my direction; that said deposition is a true

9      record of the testimony given by said witness; that

10     I am neither counsel for, related to, nor employed

11     by any of the parties to the action in which this

12     deposition was taken; and, further, that I am not a

13     relative or employee of any counsel or attorney

14     employed by the parties hereto, nor financially or

15     otherwise interested in the outcome of this action.

16

17

18

19              SHARI R. BROUSSARD
                Notary Public in and for the
20              District of Columbia

21

22     My commission expires:
       July 14, 2010

Page 1