# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
| | :   Case No.: 1:06CV00010 |
| Plaintiff, | :   Judge: Ricardo M. Urbina |
| v. | : |
| | : |
| MID-ATLANTIC DEVELOPMENT | : |
| GROUP, LLC, | : |
| | : |
| and | : |
| | : |
| PAUL H. SHAPERO | : |
| | : |
| Defendants. | : |

_____

## AFFIDAVIT OF KRISTIN DRAPER

I, Kristin Draper, do solemnly declare and affirm under the penalties of perjury that the contents of the following Affidavit are true and correct to the best of my knowledge, information and belief:

1.      I am an attorney with the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., counsel for Plaintiff 1333 M Street, SE, LLC ("1333 M Street") in the above-captioned matter.

2.      I make this Affidavit in support of 1333 M Street's motion to compel and for sanctions against Defendant Paul Shapero ("Shapero"), which includes a request for attorneys fees and costs as a sanction against Shapero.

3.      The total attorney fees and costs incurred by 1333 M Street in connection with Shapero failing to attend his deposition is $2,534.00, which includes $2,119.00 in attorneys' fees and $415.00 in costs.

4.    The total attorney fees and costs incurred by 1333 M Street in connection with

1333 M Street's Motion to Compel and for Sanctions is $1,237.50 in attorneys' fees.

5.    Attached hereto as Exhibit 1 are true copies of all invoices billed by

Shulman, Rogers, Gandal, Pordy & Ecker, P.A. to 1333 M Street, SE, LLC in connection with

the above, and a copy of the invoice for the court reporter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April _18_, 2006

Kristin E. Draper

STATE OF _MARYLAND_          )
                                              ) ss:
COUNTY OF _MONTGOMERY_   )

I  HEREBY CERTIFY that on this _18th_ day of April, 2006,  before me, the subscriber, a
Notary Public of the State of Maryland, personally appeared Kristin Draper, known to me or
satisfactorily proven to be the person whose name is subscribed to this Affidavit, who
acknowledged that she executed the same for the purpose contained herein.

Sworn to and subscribed before me this _18th_ day of April, 2006.

Notary Public

My commission expires: _1/1/08_

ANN C. BUSHNELL
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires: