**Shulman, Rogers, Gandal, Pordy & Ecker, P.A.**
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
(301) 230-5200
Federal Tax ID 52-1008944

1333 M Street, S.E., LLC
c/o Ronald J. Cohen
2701 Tower Oaks Boulevard
Suite 200
Rockville, MD 20852

**Invoice:** 98424852
**Invoice Date:** April 18, 2006
**Client Number:** 112048
**Matter Number:** 00003

For Professional Services Rendered Through April 18, 2006

---

RE:   Mid-Atlantic Development Group

---

# REDACTED

Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
Case 1:06-cv-00010-RMU   Document 11-11   Filed 04/18/2006   Page 2 of 3

**Invoice:** 98424852  
**Invoice Date:** April 18, 2006  
**Client Number:** 112048  
**Matter Number:** 00003  
**Page:** 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/06/06 | RDC | Preparation for and attend aborted Shapero deposition. | 3.60 |
| 04/06/06 | KED | Travel to and attend planned Shapero deposition. | 3.10 |
| 04/08/06 | KED | Review Rule 37 in preparation for motion for sanctions. | 0.30 |
| 04/10/06 | KED | Research case law on Rule 37 for failure to participate in discovery. Draft motion for sanctions. | 4.70 |
| 04/11/06 | KED | Revise motion for sanctions. | 0.80 |
|  |  | **Total Hours:** | 32.80 |

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| Kristin Draper | 22.80 | 225.00 | 5,130.00 |
| Leslie Gallagher | 2.10 | 195.00 | 409.50 |
| Ross Cooper | 7.90 | 395.00 | 3,120.50 |

Current Fees                                        $8,660.00

Total Fees                                          **$8,660.00**

For Costs Advanced and Expenses Incurred:

| **Description** | **Amount** |
|---|---|
| Westlaw | 428.25 |
| Printing and duplication | 57.00 |

Current Expenses                                    **$485.25**

**Total Balance Due Upon Receipt**                  **$9,145.25**



Washington, DC - 202.857.DEPO
Baltimore, MD - 410.685.DEPO
Alexandria, VA - 703.684.DEPO
Greenbelt, MD - 301.345.DEPO
CAPITAL REPORTING COMPANY   www.CapitalReportingCompany.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 15315 | 04/06/2006 | 01-2808 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/06/2006 | SHARI | 1:06CV00010 |

**CASE CAPTION**

1333 M Street, SE, LLC v. Mid-Atlantic Development Gp. L

**TERMS**

Due upon receipt

Ross Cooper
Shulman Rogers Gandal Pordy & Ecker
11921 Rockville Pike
Rockville, MD 20852

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Paul Shapero
      CERT OF NON-APPEARANCE                                    150.00
      Shipping                                                   15.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Paul Shapero--Video
      VHS (0-2 Hrs)                                             250.00

                                   TOTAL  DUE  >>>>             415.00
```

TAX ID NO.: 20-0203552

(301) 230-5200   Fax (301) 230.2891

*Please detach bottom portion and return with payment.*

Ross Cooper
Shulman Rogers Gandal Pordy & Ecker
11921 Rockville Pike
Rockville, MD 20852

```
Invoice No.: 15315
Date       : 04/06/2006
TOTAL DUE  :     415.00


Job No.   : 01-2808
Case No.  : 1:06CV00010
1333 M Street, SE, LLC v. Mid-Atlant
```

Remit To:  **Capital Reporting Company**
1000 Connecticut Avenue NW, Suite 505
Washington, DC 20036