IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
| Plaintiff, | : Case No.: 1:06CV00010 |
| v. | : Judge: Ricardo M. Urbina |
| MID-ATLANTIC DEVELOPMENT GROUP, LLC, | : |
| and | : |
| PAUL H. SHAPERO | : |
| Defendants. | : |

## ORDER

This matter comes before the Court upon Plaintiff 1333 M Street, SE, LLC's Motion to Compel and for Sanctions. Upon consideration of the motion, any opposition thereto, the record herein, and for good cause shown, it is hereby this ____ day of _____ 2006,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendant Paul Shapero shall attend a deposition in this matter at a time to be agreed upon with counsel for Plaintiff 1333 M Street, LLC, but in no event later than 20 days from the date of this Order; and it is further

**ORDERED** that sanctions in the amount of $3,771.50 are awarded to Plaintiff 1333 M Street, SE, LLC against Defendant Paul Shapero for his failure to appear at his properly-noticed deposition.

_____
Judge, United States District Court for the District of Columbia