IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC : | |
| : | Case No.: 1:06CV00010 |
| Plaintiff, : | Judge: Ricardo M. Urbina |
| v. : | |
| : | |
| MID-ATLANTIC DEVELOPMENT : | |
| GROUP, LLC, : | |
| : | |
| and : | |
| : | |
| PAUL H. SHAPERO : | |
| : | |
| Defendants. : | |

**PLAINTIFF 1333 M STREET, SE, LLC'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DEFENDANT PAUL SHAPERO'S DEPOSITION AND FOR SANCTIONS FOR DEFENDANT'S FAILURE TO APPEAR AT DEPOSITION**

Plaintiff 1333 M Street, SE, LLC ("1333 M Street") respectfully requests that this Court permit 1333 M Street to withdraw its Motion to Compel Defendant Paul Shapero's Deposition and for Sanctions, which was filed on April 18, 2006, so that 1333 M Street may avail itself of the procedures set forth to resolve this discovery dispute in Section 8 of the Honorable Ricardo M. Urbina's Standing Order for Civil Cases, which was also entered in this case on April 18, 2006.

Dated: April 18, 2006                    Respectfully submitted,

                                         _____/s/_____
                                         Ross D. Cooper #429200
                                         SHULMAN, ROGERS, GANDAL,
                                           PORDY & ECKER, P.A.
                                         11921 Rockville Pike, 3rd Floor
                                         Rockville, MD 20852
                                         Phone: (301) 230-5200
                                         Fax: (301) 230-2891
                                         Counsel to Plaintiff 1333 M Street, SE, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2006, I caused the foregoing Motion to Withdraw Motion to Compel and for Sanctions to be served via overnight courier upon:

Paul H. Shapero
2230 George Marshall Drive
Falls Church, VA  22043


                                   /S/
                            Ross D. Cooper

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC : | |
| : | Case No.: 1:06CV00010 |
| Plaintiff, : | Judge: Ricardo M. Urbina |
| v. : | |
| : | |
| MID-ATLANTIC DEVELOPMENT : | |
| GROUP, LLC, : | |
| : | |
| and : | |
| : | |
| PAUL H. SHAPERO : | |
| : | |
| Defendants. : | |

## ORDER

This matter comes before the Court upon Plaintiff 1333 M Street, SE, LLC's Motion to Withdraw. Upon consideration of the motion, the record herein, and for good cause shown, it is hereby this ____ day of _____ 2006,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff 1333 M Street, SE, LLC's Motion to Compel and for Sanctions, which was filed on April 18, 2006, is hereby withdrawn.

_____
Judge, United States District Court for the District of Columbia