IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC : | |
| : | Case No.: 1:06CV00010 |
| Plaintiff, : | Judge: Ricardo M. Urbina |
| v. : | |
| : | |
| MID-ATLANTIC DEVELOPMENT : | |
| GROUP, LLC, : | |
| : | |
| and : | |
| : | |
| PAUL H. SHAPERO : | |
| : | |
| Defendants. : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2 I, Ross D. Cooper, a member in good standing of the bar of this Court (Bar No. 429200), hereby respectfully requests that the court grant Kristin E. Draper leave to appear *pro hac vice* on behalf of Plaintiff 1333 M Street, SE, LLC in this matter. This motion is supported by the Declaration of Kristin E. Draper, which is attached hereto as Exhibit A.

Date: April 18, 2006        Respectfully Submitted,

_____/s/_____
Ross D. Cooper
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Ph. (301) 230-5200
Fax. (301) 230-2891