# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC : | |
| : | Case No.: 1:06CV00010 |
| Plaintiff, : | Judge: Ricardo M. Urbina |
| v. : | |
| : | |
| MID-ATLANTIC DEVELOPMENT : | |
| GROUP, LLC, : | |
| : | |
| and : | |
| : | |
| PAUL H. SHAPERO : | |
| : | |
| Defendants. : | |

**DECLARATION OF KRISTIN E. DRAPER**

I, Kristin E. Draper an attorney working at the law firm of Shuman, Rogers, Gandal, Pordy & Ecker, P.A., 11921 Rockville Pike, Third Floor, Rockville, Maryland 20852, make this declaration in support of my application for admission *pro hac vice* in the above-captioned matter.

1. I am a member in good standing of the bar of the Maryland Court of Appeals, to which I was admitted on December 16, 2003. I am also a member in good standing of the bar of the United States District Court for the District of Maryland (Bar No. 16052) and the bar of the United States District Court for the Central District of Illinois.

2. I have never been censured, suspended, disbarred, or otherwise disciplined by any other court.

3. During the past twenty-four months immediately preceding this motion, I have not been admitted *pro hac vice* in this court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: April 18, 2006

_____
Kristin E. Draper
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Ph. (301) 230-5200
Fax. (301) 230-2891

2