IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 1333 M STREET, SE, LLC | : |
| | : Case No.: 1:06CV00010 |
| Plaintiff, | : Judge: Ricardo M. Urbina |
| v. | : |
| | : |
| MID-ATLANTIC DEVELOPMENT GROUP, LLC, | : |
| | : |
| and | : |
| | : |
| PAUL H. SHAPERO | : |
| | : |
| Defendants. | : |

## ORDER

IT IS ORDERED that the applicant, Kristin E. Draper, may appear *pro hac vice* on behalf of the Plaintiff, 1333 M Street, SE, LLC in the above-captioned matter.

Dated: _____

_____
United States District Judge