## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| 1333 M STREET, SE, LLC, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-10 (RMU) |
| | : | | |
| v. | : | Document No.: | 10 |
| | : | | |
| MID-ATLANTIC DEVELOPMENT, | : | | |
| GROUP, LLC, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| PAUL H. SHAPERO | : | | |
| Defendants. | : | | |

## <u>JUDGMENT</u>

For the reasons stated in the accompanying memorandum order, it is this 22nd day of

June, 2006,

**ORDERED** that judgment is hereby entered for plaintiff 1333 M Street, SE, LLC,

against defendants Mid-Atlantic Development Group, LLC and Paul Shapero in the amount of

$5,223,562.20 plus interest.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge