**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **1333 M STREET, SE, LLC** : | |
| : | |
| Plaintiff, : | |
| v. : | Case No.:  1:06CV00010 |
| : | |
| **MID-ATLANTIC DEVELOPMENT** : | Judge:  Ricardo M. Urbina |
| **GROUP, LLC,** : | |
| and : | |
| **PAUL H. SHAPERO** : | |
| : | |
| Defendants. : | |
| : | |

## SUBSITUTION OF COUNSEL

The Clerk of the Court will please withdraw the appearance of Ross D. Cooper on behalf of Plaintiff, 1333 M Street, SE, LLC, and substitute the appearance of Morton A. Faller as counsel for Plaintiff, 1333 M Street, SE, LLC.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:   /s/  Ross D. Cooper
Ross D. Cooper, Esquire (#429200)
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
TEL:   (301) 230-5200
Withdrawing Attorney

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:   /s/  Morton A. Faller
Morton A. Faller, Esquire (#23648)
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
TEL:   (301) 231-0928
Attorney for Plaintiff, 1333 M Street, SE, LLC

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a copy of the foregoing **Substitution of Counsel** was mailed, first class, postage prepaid, this 28th day of June, 2006, to:

Paul H. Shapero
2230 George Marshall Drive
Falls Church, VA  22043

Mid-Atlantic Development Group, LLC
2010 Corporate Ridge, Suite 700
McLean, VA  22102

   /s/   Morton A. Faller
Morton A. Faller

G:\74\1333 M Street, S.E., LLC\Substitution of Counsel.doc